IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              4:07CR00166-01-WRW

THEODIS SMITH

ORDER

Defendant's Motion in Limine (Doc. No. 59) regarding the Defendant's conviction for homicide is GRANTED.

At first blush, it appears that, even if defendant takes the stand, it would not be admissible under F.R.E. 609 -- but I will hear argument on this if the prosecution thinks otherwise.

IT IS SO ORDERED this 3rd day of November, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE